**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6344**

_____

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

RODDIE PHILLIP DUMAS, SR.,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Frank D. Whitney,
Chief District Judge.  (3:04-cr-00083-FDW-DCK-1; 3:12-cv-00365-
FDW)

_____

Submitted:  July 25, 2013            Decided:  July 29, 2013

_____

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Roddie Phillip Dumas, Sr., Appellant Pro Se. Amy Elizabeth Ray,
Assistant United States Attorney, Asheville, North Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roddie Phillip Dumas, Sr., seeks to appeal the district court's order denying relief on his Fed. R. Civ. P. 60(b) motion for reconsideration in his 28 U.S.C.A. § 2255 (West Supp. 2013) proceeding. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Dumas has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED